# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA HALL, | : | Civil No. 1:25-CV-01607 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOSH SHAPIRO, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>MEMORANDUM</u>

Before the court is the report and recommendation of United States Magistrate Judge Phillip J. Caraballo recommending that the complaint be dismissed and this case closed because Plaintiff has failed to prosecute this case. (Doc. 13.)  No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court.  *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge Caraballo's analysis is well-reasoned and fully supported by the record and

1

applicable law.  Accordingly, the court will adopt the report and recommendation,

Doc. 13, dismiss the complaint with prejudice, *see Mindek v. Rigatti*, 964 F.2d

1369, 1373 (3d Cir. 1992), and close this case.  An appropriate order follows.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Judge<br>
Middle District of Pennsylvania

Dated: May 22, 2026