# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA HALL,                          :    Civil No. 1:25-CV-01607
                                      :
    Plaintiff,                    :
                                      :
    v.                            :
                                      :
JOSH SHAPIRO, *et al.*,               :
                                      :
    Defendants.                   :    Judge Jennifer P. Wilson

## <u>ORDER</u>

**AND NOW**, on this 22nd day of May, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1)  The report and recommendation, Doc. 13, is **ADOPTED**.

2)  Plaintiff's complaint, Doc. 1, is **DISMISSED WITH PREJUDICE**.

3)  The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania